UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | * | CIVIL ACTION |
| WHITE TAIL OILFIELD SERVICES, LLC., | * | |
| AS OWNER AND OPERATOR OF | * | NO. |
| M/V WHITETAIL I, HER ENGINES, | * | |
| TACKLE, APPURTENANCES, FURNITURE, | * | SECTION "    " |
| ETC., PRAYING FOR EXONERATION FROM | * | |
| OR LIMITATION OF LIABILITY | * | MAG. DIV. (   ) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

The Complaint of White Tail Oilfield Services, LLC., ("the Complainant") as owner and operator of M/V WHITETAIL I, her engines, tackle, furniture, appurtenances, etc. ("the Vessel"), in a cause for exoneration from or limitation of liability, with respect represents:

I.

This is an admiralty and maritime claim. This Honorable Court has jurisdiction pursuant to 28 U.S.C. § 1333, the Limitation of Liability Act, 46 U.S.C. § 30501, *et seq.*, Rule 9(h) of the Federal Rules of Civil Procedure and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims.

II.

Complainant, White Tail Oilfield Services, LLC., is a Louisiana limited liability company with its principal place of business located at 210 Industrial Avenue B, Houma, Louisiana, 70363, and at all material times was the owner and operator of M/V WHITETAIL I.

III.

M/V WHITETAIL I is a spud barge. The Vessel was not documented with the United States Coast Guard

IV.

The Vessel has not been attached or arrested, and the incident took place off the coast of Louisiana in or around the Breton Sound, and within this district.

V.

On or about September 1, 2010, for reasons yet to be fully explained, the M/V WHITETAIL I sank off the coast of Louisiana in or around the Breton Sound.

VI.

Complainant believes, and therefore alleges, that two separate legal actions have so far been commenced against Complainant for the incident in question. One in the state district court for Harris County, Texas and another in the 34th Judicial District Court in St. Bernard Parish, Louisiana. Complainant knows of no other legal actions filed but believes that more actions could or may be filed in the near future.

VII.

The incident, and any and all loss, damage, destruction or injury resulting therefrom, was not caused or contributed to by any fault, negligence, design, or want of due care on the part of Complainant, its' agents, servants, employees, or anyone for whom Complainant is or may be responsible or by any unseaworthiness of M/V WHITETAIL I within the privity of or knowledge of Complainant, its' directors, owners, stockholders or managers.

VIII.

M/V WHITETAIL I was, at all material times, tight, staunch, strong, sufficiently and competently manned, supplied, equipped and furnished and in all respects seaworthy for the services in which she was engaged.

IX.

Complainant believes, and therefore alleges, that the value of M/V WHITETAIL I on September 1, 2010 following the incident did not exceed $11,407.50.

X.

Complainant believes, and therefore alleges, the freight pending at the time of the incident to be $7,500.

XI.

Complainant anticipates and believes that claims will be brought against it in amounts that may exceed the total sum for which Complainant may be responsible or may be required to pay under the applicable statutes governing exoneration from and/or limitation of liability.

XII.

Complainant prays that should it be held liable to any party, which liability is denied, said liability should be limited to, and should not exceed, the amount or value of Complainant's interest in M/V WHITETAIL I and her freight then pending.

XIII.

Complainant files herewith $250 into the Registry of this Honorable Court as security for costs pursuant to Local Civil Rule 67.1 and Local Admiralty Rule 65.1.1.

XIV.

Complainant has filed contemporaneous herewith a Deposit for Costs and a Letter of Undertaking, in appropriate form, as security for the amount or value of Complainants' interest in M/V WHITETAIL I and her pending freight in the amount of $18,907.50, together with interest at the rate of six percent (6%) per annum from the date of said Letter of Undertaking; and, in addition thereto, Complainant is prepared to give additional security as provided by the laws of the United States and the Federal Rules of Civil Procedure.

XVI.

Complainant claims exoneration from and/or limitation of liability, for any and all loss, damage, death, injury, or destruction resulting from the incident hereinabove described, and for any and all claims thereof or relating thereto and further pray that should it be held liable to any party, which liability is denied, it should be limited to and not exceed the value of Complainant's interest in M/V WHITETAIL I and her freight then pending.

XVII.

Complainant alleges it has a valid defense thereto on the facts and under the law, and, as the owner and operator of M/V WHITETAIL I at the time of the alleged incident, without admitting, but affirmatively denying all liability, claims the benefit of exoneration from or limitation of liability provided for in 46 U.S.C. § 30501, *et seq.*, and various statutes supplemental thereto.

XVIII.

Complainant requests the right provided by 46 U.S.C. § 30501, *et seq.*, to have all claims and issues concerning the incident in question determined in a single proceeding before this District Court, sitting in Admiralty, and pray for all equitable relief, including an Order enjoining the prosecution of any claims outside the concursus proceeding prayed for in this Complaint.  Complainant also prays for all general and equitable relief as the justice of the cause may require, and this Honorable Court may be competent to grant.

**WHEREFORE**, Complainant, White Tail Oilfield Services, LLC., prays:

(1) That upon the deposit into the Registry of the Court hereinabove described, this Court shall issue a notice to all persons, firms or corporations asserting any claims for any and all alleged losses, damages or injuries with respect to which Complainant seeks exoneration from or limitation of liability, admonishing them to file their respective claims with the Clerk of Court and to serve on the attorneys for Complainant a copy thereof on or before the date specified in the notice; and that if any claimant desires to contest either the right to exoneration from and/or the right to limitation of liability, he shall file and serve on the attorneys for Complainant an Answer to the Complaint on or before the date specified in the notice issued by this Court;

(2) That upon the filing of the Letter of Undertaking hereinabove described, and filed with the Court as security, the Court shall issue an injunction restraining the commencement or prosecution of any action or proceeding of any kind against Complainant, its' employees, liability insurers, or any of its' property, including but not limited to M/V WHITETAIL I, whether *in personam*, by attachment, or *in rem*, for any losses, damages, and/or injuries allegedly arising out of the September 1, 2010 incident, or allegedly occurring during the subject voyage described in this Complaint;

(3)   That this Court enter an Order accepting and approving the Letter of Undertaking filed by Complainant in the amount of $18,907.50 as adequate security for the amount or value of Complainant's interest in the M/V WHITETAIL I, and her freight pending at the time of the alleged incident;

(4)   That if any claimant who shall have filed a claim shall also file an exception bringing forward evidence to controvert the value of M/V WHITETAIL I or her pending freight, as alleged herein in the amount of the Letter of Undertaking as aforesaid, this Court shall cause due appraisement to be had of the value of the said Vessel and her pending freight following the incident and of the value of the Complainant's interest therein, following which event this Court shall enter an Order for an amended Letter of Undertaking or other appropriate security for the aggregate value, as so determined, of Complainants' interest in M/V WHITETAIL I and her pending freight;

(5)   That this Court enter an Order accepting and approving the Deposit for Costs filed by Complainant herein in the amount of $250 cash pursuant to Local Civil Rule 67.1 and Local Admiralty Rule 65.1.1;

(6)   That this Court adjudge that Complainant and M/V WHITETAIL I are not liable to any extent whatsoever for any alleged losses, damages or injuries or for any claims therefor, in any way allegedly arising from or in consequence

of the subject voyage, or in consequence of or in connection with the matters and happenings referred to in this Complaint;

(7) Or, in the alternative, if this Court should adjudge that Complainant is liable in any amounts whatsoever, that said liability be limited to the value of Complainants' interest in M/V WHITETAIL I, together with pending freight, and that Complainant be discharged therefrom under surrender of such interest and that the money surrendered, paid or secured to be paid may be divided pro rata among such claimants; and that a judgment be entered discharging Complainant and M/V WHITETAIL I of and from any and all further liability and forever enjoining and prohibiting the filing and prosecution of any claims against Complainant, its' employees, its' liability insurers, or any of its' property, in any way arising from or in consequence of the subject voyage, or in consequence of or in connection with the matters and happenings referred to in this Complaint;

(8) That this Honorable Court determine that Complainant has fully and completely satisfied any responsibility it may owe for the payment of damages; and

(9) That Complainant has such other and further relief as in law, justice, and equity it may be entitled to receive.

**RESPECTFULLY SUBMITTED:**

**s/William B. Schwartz**
**WILLIAM B. SCHWARTZ - T.A. (#11854)**
**JEDD S. MALISH (#23846)**
**SCOTT L. STERNBERG (#33390)**
**BALDWIN HASPEL BURKE & MAYER, LLC**
Energy Centre - 22nd Floor
1100 Poydras Street, Suite 2200
New Orleans, LA  70163
Telephone: (504) 569-2900
Facsimile:  (504) 569-2099
E-mail:  wschwartz@bhbmlaw.com
E-mail:  jmalish@bhbmlaw.com
E-mail:  ssternberg@bhbmlaw.com

*Attorneys for White Tail Oilfield Services, LLC.*